UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:06-CR-5 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| WILLARD WAYNE HOWARD ) | |
| ) | |

**O R D E R**

Defendant Willard Howard ("Defendant"), through counsel, has filed a motion to appoint a drug dog expert "in order to analyze the records and training of the dog 'Titan,' and the records and training of the canine officer . . . who conducted a search of [Defendant's] vehicle" (Court File No. 91). Defendant also filed a memorandum in support of his motion (Court File No. 92). The Government has not filed a response to Defendant's motion. The Court hereby **ORDERS** the Government to file a response to Defendant's motion within **TEN DAYS** of entry of this order.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**