# MEMORANDUM

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FILED**

2007 JAN 16 A 10: 08

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY _____ DEPT. CLERK

**FROM:** Chief United States District Judge Curtis L. Collier

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Willard Wayne Howard - Case No. 1:06-cr-05-02

**Name of Expert or Investigator:** Trey Aycock, private investigator.

**Address:** 1010 Market Street, Suite 204, Chattanooga, Tennessee 37402.

**Type of Expert:** Investigative Services to prepare for trial, locate and interview individuals and witnesses, and certain other information to be obtained from northern Kentucky.

**Reason for Application:** On February 27, 2006, the Court approved expenses up to $1,600 under 18 U.S.C. § 3006 (A)(e)(3) [Doc. No. 55]. The reason for the application is set out in the attached Second Motion for Private Investigator stating that further investigative services will require an additional cost of $2,500.00 for a total approved amount of $4,100.00.

**Estimated Compensation.** $4,100.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $2,500.00.

_Curtis L. Collier_ _____
Chief .S. District Judge Curtis L. Collier      Date

_Alice M. Batchelder_        1-10-07
Honorable Alice M. Batchelder            Date
U.S. Court of Appeals