UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 1:06-cr-05-02 |
| v. ) | |
| ) | Chief U.S. District Judge Curtis L. Collier |
| WILLARD WAYNE HOWARD, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

For the reasons laid out in the attached memorandum this court **ACCEPTS** and **ADOPTS** the magistrate judge's opinion (Court File No. 153). The Court, therefore, **DENIES** Defendant Willard Wayne Howard's "Appeal of Magistrate Judge Decision"(Court File No. 159).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**